PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:  1:03CR5040-01 AWI** |
| ) | |
| **Jeannee Marie Edwards** ) | |
| ) | |

On June 23, 2000, the above-named was placed on Supervised Release for a period of 5 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:      October 12, 2005
                Fresno, California


**REVIEWED BY:**        /s/ Bruce A. Vasquez
                              **Bruce A. Vasquez
                              Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    EDWARDS, Jeannee Marie**
**Docket Number:   1:03CR5040-01 AWI**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.
IT IS SO ORDERED.

**Dated:   November 2, 2005**             /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE